| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 31 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JONATHAN M. McCLAIN,

    Plaintiff - Appellant,

 v.

LELAND DUDEK, Acting Commissioner of Social Security,

    Defendant - Appellee.

No. 25-1096

D.C. No. 2:24-cv-01193-TL
Western District of Washington, Seattle

ORDER

Before: SILVERMAN, BADE, and DE ALBA, Circuit Judges.

A district court's dismissal order is not final or immediately appealable under 28 U.S.C. § 1291 "unless it disposes of all claims as to all parties or unless judgment is entered in compliance with Federal Rule of Civil Procedure 54(b)." *Romoland Sch. Dist. v. Inland Empire Energy Ctr., LLC*, 548 F.3d 738, 747 (9th Cir. 2008) (citing *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981)); *see also* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Branson v. City of Los Angeles*, 912 F.2d 334, 336 (9th Cir. 1990) (denial of reconsideration of non-appealable order is itself not appealable).

This court lacks jurisdiction over this appeal because the December 13, 2024 and January 23, 2025 orders did not dispose of all claims as to all parties. This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

**DISMISSED.**